**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CATHERINE HILL, individually and as heir of Dillon M. Hill and as special administrator of the Estate of Dillon M. Hill, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br><br> Defendant-Appellee. | No. 16-16260 <br><br> D.C. No. 2:14-cv-01175-JAD-CWH <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Jennifer A. Dorsey, District Judge, Presiding

Submitted October 17, 2017**
San Francisco, California

Before: WALLACE, CALLAHAN, and NGUYEN, Circuit Judges.

Catherine Hill appeals from the district court's summary judgment in favor

of the Las Vegas Metropolitan Police Department in this action brought under 42

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1983 and Nevada state law.  We have jurisdiction pursuant to 28 U.S.C.

§ 1291, and we affirm for the reasons stated by the district court.

**AFFIRMED**